AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FREDERICK WASHNGTON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:24-cv-31

STATE FARM FIRE AND CASUALTY COMPANY,
Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 28, 2024, this case is remanded to the State Court of Chatham County, Georgia for further proceedings. This case stands closed.

Approved by: _____

March 13, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_Morgan A. Akins_
(By) Deputy Clerk

GAS Rev 10/2020